**IN THE UNITED STATES BANKRPUTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Christopher and Sarah Tarra, | ) | Case No. 20-07875 |
| | ) | |
| Debtors. | ) | Judge Hunt |

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

NOW COMES, the above-named Debtor, by and through his/her attorneys, Cutler and Associates, Ltd., and hereby notifies the Court that pursuant to 11 U.S.C §1307(a) and Bankruptcy Rule 1017(d), this Chapter 13 case is hereby converted to a Chapter 7 case, and the Chapter 13 Standing Trustee may file his/her Final Report.

RESPECTFULLY SUBMITTED,

/s/ David H. Cutler
Attorney for Debtor(s)

Cutler and Associates, Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600